UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-22277-BLOOM/Elfenbein

ALEXANDRA NIKOLAYEVNA
VASINA-NAHMANI,

    Plaintiff,

v.

KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon Magistrate Judge Marty Fulgueira Elfenbein's Report and Recommendation, ECF No. [5], issued on August 19, 2025 ("R&R"). Plaintiff filed the present case on May 19, 2025, which was referred to Judge Elfenbein "for all purposes, including entering dispositive orders, presiding over any trial, and entering a final judgment[,]" pursuant to Administrative Order 2025-11. ECF No. [3]. On July 14, 2025, Judge Elfenbein ordered Plaintiff to either "properly serve all required individuals or show good cause as to why she has not." ECF No. [4] at 2-3. Judge Elfenbein warned that "[f]ailure to file proof of service or to show good cause by August 17, 2025 may result in the undersigned issuing a Report and Recommendation recommending the dismissal without prejudice of Plaintiff's action." *Id.* Plaintiff failed to file proof of service by the stated deadline or show good cause for her failure to do so. Therefore, on August 19, 2025, Judge Elfenbein issued the instant R&R recommending that the Complaint be dismissed. ECF No. [5]. The R&R states that the Plaintiff shall file any objections

Case No. 25-cv-22277-BLOOM/Elfenbein

within fourteen days of the date of service of a copy of the R&R. *Id*. at 3. The case was subsequently reassigned to this Court. ECF No. [6]. To date, Plaintiff has filed no objections to the R&R, nor has she sought additional time in which to do so.

Nevertheless, the Court has conducted a *de novo* review of the R&R and the record in this case, and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Complaint must be dismissed without prejudice for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R, **ECF No. [5]**, is **ADOPTED**;
2. The above-styled case is **DISMISSED WITHOUT PREJUDICE** for failure to timely serve;
3. Each party shall bear its own attorneys' fees and costs;
4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;
5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 25-cv-22277-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 3, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Alexandra Nikolayevna Vasina-Nahmani
1800 NE 114th Street
Apt. 2010
Miami, FL 33181
PRO SE